**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 26-6538**

———————————

ANTWON WHITTEN,

        Plaintiff - Appellant,

    v.

C. W. FRANKS, Virginia Department of Corrections, Wallens Ridge State Prison, Inmate Hearings Officer,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jasmine Hyejung Yoon, District Judge.  (7:25-cv-00756-JHY-JCH)

———————————

Submitted:  July 16, 2026                                         Decided:  July 21, 2026

———————————

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Antwon Whitten, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon Whitten appeals the district court's orders granting Defendant's motion to dismiss Whitten's 42 U.S.C. § 1983 complaint and denying Whitten's Fed. R. Civ. P. 59(e) motion to reconsider.   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Whitten v. Franks*, No. 7:25-cv-00756-JHY-JCH (W.D. Va. Mar. 16, 2026; Apr. 2, 2026).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*